UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:24-cv-61381-MD

**ALBA MORALES,**

     Plaintiff,

v.

**MEDICREDIT INC,**

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instance case **is** similar or related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency:

- 1:23-cv-24815-BB, Isaac Heres v. MediCredit Inc, filed in United States District Court Southern District of Florida.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: September 4, 2024

                                          Respectfully Submitted,

                                          /s/ Thomas Patti
                                          **THOMAS PATTI, ESQ.**
                                          Florida Bar No. 118377
                                          E-mail:   Tom@pzlg.legal
                                          **VICTOR ZABALETA, ESQ.**
                                          Florida Bar No. 118517
                                          E-mail:   Victor@pzlg.legal
                                          PATTI ZABALETA LAW GROUP
                                          110 SE 6th Street, 17th Floor
                                          Fort Lauderdale, Florida 33301
                                          Phone:    561-542-8550

                                          *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          /s/ Thomas J. Patti
                                          **THOMAS J. PATTI, ESQ.**
                                          Florida Bar No.: 118377