**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **ALBA MORALES,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 0:24cv61381-MD |
| **MEDICREDIT, INC.** | ) ) ) |
| Defendant. | ) ) |

## MEDICREDIT, INC.'S UNOPPOSED MOTION TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES

Medicredit, Inc. ("Medicredit" or "Defendant") moves for relief from the Court's Order Setting Trial and Pre-Trial deadlines entered on November 11, 2024 [ECF Doc. 24]. Medicredit and Plaintiff have conferred on this motion and there is no objection to the relief sought.

1. Plaintiff initiated this action on July 31, 2024 with the first Complaint.[1] That complaint asserted a single claim for violation of the Fair Debt Collection Practices Act (the "FDCPA," 15 U.S.C. §1692a *et seq.*).

2. Medicredit responded with a Motion to Dismiss filed on August 21, 2024. Before responding to the Motion to Dismiss in this Court, Plaintiff filed the self-titled First Amended Complaint on September 4, 2024.

3. On September 18, 2024, Medicredit filed a Motion to Dismiss the Amended Complaint [ECF Doc. 9].

---

[1] Plaintiff originally filed this case with the County Court of 20th Judicial Circuit in and for Hendry County on September 27, 2023. Medicredit filed a motion to dismiss the state court complaint for lack of standing and failure to state a claim that was set for a hearing on February 15, 2024. Instead of facing a hearing on the Motion to Dismiss, Plaintiff dismissed the State Court action on January 2, 2024

4. On October 30, 2024, Plaintiff filed a Response to that Motion [ECF Doc. 17] and the Reply was filed by Medicredit on November 6, 2024 [ECF Doc. 22]. That Motion to Dismiss remains pending with the Court.

5. The Parties have worked collaboratively to comply with previous Court orders, providing the Court with a Proposed Schedule [ECF Doc. 21] which contemplated a trial in January 2026.

6. The Parties have also complied with deadlines within the Court's November 11, 2024, Order related to selecting and scheduling a mediation [ECF Doc. 24].

7. The Court's November 11, 2024, Order, however, contemplates closing discovery on March 31, 2025, and filing dispositive motions by April 14, 2025.

8. The Plaintiff has a Florida State Court action pending against the Creditor of the same debt, and the Pleadings in that case closed on February 14 with the defendant's answer.[2]

9. Medicredit and the Creditor are represented by the same attorneys and the cases have been worked in tandem with the Plaintiff.

10. Because of the extended time required to close the Pleadings in the State Court action, and the pendency of the Motion to Dismiss in this case, the parties seek relief from the April 14, 2025, dispositive motion deadline.

11. The Parties also seek a limited Stay of Discovery in this matter through and including April 30, 2025 to complete the mediation and provide the Parties an opportunity to address discovery issues that have developed during the pendency of the Motion to Dismiss.

---

[2] The Creditor will also be part of the mediation later this month.

WHEREFORE, Defendant Medicredit, Inc., with the consent of the Plaintiff respectfully requests that the Court stay the deadlines related to discovery and dispositive motions through and until April 30, 2025, and any other relief that may be just and proper.

Respectfully submitted,

/s/ Drew P. O'Malley
Drew P. O'Malley, Florida Bar No. 106551
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, Florida 33602
Phone:  813-424-3500
Facsimile:  813-405-8904
domalley@spencerfane.com
jryan@spencerfane.com
ecoutu@spencerfane.com
*Attorney for Defendant*

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Defendant's counsel certifies that Defendant's counsel conferred with Plaintiff's counsel, who <u>does not</u> oppose the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 5th[th] day of March, 2025, a true copy of the foregoing has been electronically filed with the Clerk of Court through the Court's CM/ECF E-Filing Portal and served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF E-Filing Portal, to the following:

> Thomas Patti, Esq.
> Victor Zabaleta, Esq.
> PATTI ZABALETA LAW GROUP
> 110 SE 6TH Street, Suite 1732
> Fort Lauderdale, FL 33309
> tom@pzlg.legal
> victor@pzlg.legal
> *Counsel for Plaintiff*

/s/ *Drew P. O'Malley*
Attorney